1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

MARGARITA V. LUNA,

12                    Plaintiff,

13           vs.

14  ANDREW SAUL,
15  Commissioner of Social Security,

16                    Defendant.

17

18

19

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20-CV-01213-EPG

PLAINTIFF'S UNOPPOSED MOTION
FOR SECOND EXTENSION OF TIME
AND ORDER

(ECF No. 16)

20

21      Plaintiff moves for a 1-day extension of time from June 16, 2021 to June 17, 2021, to

22  serve Defendant with Plaintiff's Confidential Letter Brief.  All other dates in the Court's

23  Scheduling Order shall be extended accordingly.

24      This is Plaintiff's second request for an extension of time.  Good cause exists.  Counsel

25  for Plaintiff completed the letter brief draft and marked the task as completed.  However,

26  Counsel failed to deliver the letter brief to defendant.  The marking of the task as complete was a

27  deviation of Counsel's normal procedure of completing briefs which requires marking the task as

28  completed after submission or delivery of the document. Counsel for Plaintiff apologizes to

1

1  Defendant and to the Court for this oversight.  Defendant does not object to this one-day

2  extension request.

3

4                                    Respectfully submitted,

5  Dated: June 17, 2021          PENA & BROMBERG, ATTORNEYS AT LAW

6

7                                    By: */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA

8                                        Attorneys for Plaintiff

9

10 Dated: June 17, 2021          PHILLIP A. TALBERT
                                          Acting United States Attorney
11                                       DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
12                                       Social Security Administration
13

14
                                    By:  */s/  Chantal Jenkins*
15                                       Chantal Jenkins
                                          Special Assistant United States Attorney
16                                       Attorneys for Defendant
                                          (*As authorized by email on June 17, 2021)
17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

     Based on the above grounds, Plaintiff has established good cause for a one-day extension to serve Defendant with Plaintiff's Confidential Letter and IT IS HEREBY ORDERED that the motion for extension (ECF No. 16) is granted. Plaintiff shall serve Defendant with Plaintiff's Letter Brief no later than July 17, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 17, 2021**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE