# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| MARGARITA LUNA, ) | Case No. 1:20-cv-01213-EPG |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION FOR LEAVE |
| ) | TO EXCEED 25-PAGE LIMIT FOR |
| vs. ) | DEFENDANT'S OPPOSITION TO |
| ) | PLAINTIFF'S OPENING BRIEF |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | (ECF No. 23) |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Defendant's motion for leave to exceed the 25-page limit for her Opposition to Plaintiff's Opening Brief. (ECF No. 23). Defendant requests to exceed the page limitation so that Defendant may provide the requisite factual summary of the record in this case, which is over 1500 pages, and to respond fully to the four separate issues Plaintiff has presented in her Opening Brief.

Being sufficiently advised, IT IS ORDERED that Defendant's motion for leave to exceed the 25-page limit for her Opposition to Plaintiff's Opening Brief (ECF No. 23) is granted.
IT IS SO ORDERED.

Dated:   **September 21, 2021**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE